USDC-RI
04-00309

# United States Court of Appeals
## For the First Circuit

No. 05-1493

JAMES R. MUIRHEAD,
Plaintiff, Appellant,

v.

L. RALPH MECHAM, DIRECTOR,
ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS,

Defendant, Appellee.

CERTIFIED COPY
I HEREBY CERTIFY THIS DOCUMENT IS A TRUE AND CORRECT COPY OF THE ORIGINAL ON FILE IN MY OFFICE AND IN MY LEGAL CUSTODY.
FIRST CIRCUIT COURT OF APPEALS
BOSTON, MA
By: [signature] Date: 25 OCT 2005

**JUDGMENT**

Entered: October 20, 2005

This cause came on to be heard on appeal from the United States District Court for the District of New Hampshire, and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's dismissal of the action on the merits is vacated, and the matter is remanded for the entry of an order dismissing the action, without prejudice, for want of subject-matter jurisdiction.

**By the Court:**
Richard Cushing Donovan, Clerk

MARGARET CARTER

By: Margaret Carter, Chief Deputy Clerk

[Certified copies to Hon. Ronald R. Lagueux and Mr. James Starr, Clerk, United States District Court for New Hampshire. Copies to Mr. Anderson, Ms. Burke, Ms. Hancock, & Mr. Raab.]