UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

James Muirhead

VS. CA. NO. 04-309L

US Administrative Office of the United States Courts and James R. Starr

## ORDER

Pursuant to an Order dated October 20, 2005 issued by the lst Circuit Court of Appeals,

It is hereby ordered that this action is dismissed without prejudice, for want of subject-matter jurisdiction.

ENTER:

Ronald R. Lagueux
Senior U.S. District Judge
DATED: November 30, 2005

By Order:
on the day of November 30, 2005

Deputy Clerk